506 A.2d 897

**Jules MELOGRANE, t/a Eppy's Parking Lot, Petitioner,**

v.

**CITY OF PITTSBURGH, a Municipal Corporation, Respondent.**

Supreme Court of Pennsylvania.

April 1, 1986.

## ORDER OF THE COURT

PER CURIAM.

Petition granted. The Order of Commonwealth Court is vacated. This case is remanded to the Allegheny County Court of Common Pleas with instructions that petitioner be permitted to amend his complaint to one in assumpsit so that this case may proceed to the merits. *See* 42 Pa.C.S. § 708(c).